**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 17, 2010

Scott Alan Mager
Mager Lawyers, LLC
2300 E. Oakland Park Blvd, Ste 206
Ft. Lauderdale, FL 33306

Appeal Number: 10-12407-BB
Case Style: Vista View Apartments, Ltd. v. Chubb Custom Insurance Company
District Court Docket No: 1:08-cv-22772-JLK

**CIVIL APPEALS ARE GOVERNED BY <u>STRINGENT</u> PROCEDURES FOR REQUESTING EXTENSIONS OF TIME TO FILE BRIEFS AND RECORD EXCERPTS. RULES PROVIDE FOR <u>DISMISSAL WITHOUT FURTHER NOTICE</u> WHEN A BRIEF OR RECORD EXCERPTS IS NOT FILED OR CORRECTED WITHIN THE TIME PERMITTED. PLEASE SEE THE CIRCUIT RULES AT WWW.CA11.USCOURTS.GOV**

The brief filed by you in the referenced appeal is deficient because you have not uploaded your brief in electronic format to the court's Electronic Filing web site. <u>See</u> 11th Cir. R. 31-5. You must upload your brief within **FOURTEEN (14) DAYS** from this date. If you have problems uploading your brief, you may call the help desk at 404-335-6399 or e-mail EDF Support using the link at the bottom of the electronic filing page at www.ca11.uscourts.gov.

The brief filed by you in the referenced appeal is deficient because you have not included the required item(s) noted below:

Statement Regarding Oral Argument. 11th Cir. R. 28-1(c)

Statement of Jurisdiction. 11th Cir. R. 28-1(g)

One copy of your brief will be filed, subject to receipt of seven (7) copies of a modified brief within **FOURTEEN (14) DAYS** from this date. If you intend to make the modifications to the existing briefs, you may contact the clerk's office to make arrangements for their return. You may, instead, submit a new set of briefs that include the necessary modifications. If appellant fails to file timely a modified brief, the appeal will be dismissed. <u>See</u> 11th Cir. R. 42-1(b),

42-3. If appellee fails to file timely a modified brief, appellee will not be heard at oral argument unless otherwise ordered by the court. See Fed.R.App.P. 31(c), 11th Cir. R. 42-3(f). The modified brief must be served on all parties to this appeal. HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet Spradlin/tr, BB
Phone #: (404) 335-6178

BR-8CIV Civil brief deficiency letter